```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

SAMUEL J. BUCALO,                :    NO. 1:01-CV-00757
                                 :
        Plaintiff,                :
                                 :    **ORDER**
    v.                           :
                                 :
                                 :
UNITED PARCEL SERVICE, INC.,     :
                                 :
        Defendant.               :


This Matter is before the Court on Plaintiff's Motion to Re-Open Case (doc. 31).

The Court has been advised that settlement was reached in this matter on October 5, 2003. Consequently, the Court finds Plaintiff's Motion is rendered moot.

Accordingly, the Court DENIES Plaintiff's Motion to Re-Open Case (doc. 31).


    SO ORDERED.


Dated: November 5, 2003        /s/ S. Arthur Spiegel
                               S. Arthur Spiegel
                               United States Senior District Judge